IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DONAL EDWARDS, | ) |
| Plaintiff, | ) |
| vs. | ) CIV. ACT. NO. 1:25-cv-295-TFM-MU |
| ATMORE POLICE DEPARTMENT, *et al.*, | ) |
| Defendants. | ) |

### MEMORANDUM OPINION AND ORDER

On September 23, 2025, the Magistrate Judge entered a report and recommendation which recommends this action be dismissed pursuant to 28 U.S.C. §1915A. *See* Doc. 7. No objections were filed and the time frame has passed.

Accordingly, after due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, the claims against Atmore Police Department are **DISMISSED with prejudice** and the claims against the City of Atmore are **DISMISSED without prejudice**.

A separate judgment will issue pursuant to Fed. R. Civ. P. 58.

**DONE** and **ORDERED** this 27th day of October, 2025.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE